# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Spencer Bias et al**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00501-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Skillet Catering Service**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2023 Order.

September 29, 2023

Katherine Hord Simon, Clerk
United States District Court